(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY -8 2026 2:19 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

3:26 cv 141

**Plaintiff(s)**

Joshua Williams
Holy Nation Congregations of God

**Case No.**

THOMAS M. ROSE
CAROLINE H. GENTRY

vs. Susan D. Solle, John McManus, Carolyn Rice, Judy Dodge, Mary A. McDonald, Mathias Heck Jr., Michele Phipps, Robert Ross, Karl Keith, First American Title, Safemark Title Agency Inc., Mike Foley, FedEX, Patricia Harris

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED**
**WITHOUT PREPAYMENT OF FEES**
**(IN FORMA PAUPERIS)**
**AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?** **Yes** X **No**____

**A. If you answered "Yes":**

(1) What is the name and address of your employer

GreenThumb Tec Systems

Holy Nation Congregations of God

(2) How much do you earn per month?

$1,00

**B. If you answered "No"**

(1) Have you ever been employed? **Yes**____ **No**____

If yes, what was the last year and month you were employed? ____

How much did you earn a month? ____

**II. What is your marital status?**

Single X Married______ Widowed_______ Divorced X

**A. If you answered "Married":**

(1) Is your spouse employed? **Yes**_____ **No**_____

If yes, how much does your spouse earn each month?

$____

**III. Do you have any dependents?** **Yes** X **No**____

If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| C S | Nephew | Shelter, food, clothes |
| | | |
| | | |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?** **Yes**____ **No**_____

A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| Holy Nation Congregations of God | $[redacted] | | $ |
| | $ | | $ |
| | $ | | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**

**Yes_____ No X**

**A. If you answered "Yes", state the combined total amount:**
**$__________________.**

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**

**Yes____ No X**

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Dayton Water | $ 950.00 + | | $ |
| AES | $ 1000.00 | | $ |
| Gas | $ 850.00 | | $ |
| Student Loan | $ 29,000.00 I think | | $ |

**VIII. State your address and telephone number where the Court can reach you.**

4633 Dayview Ave
Dayton Ohio 45417

**I declare under penalty of perjury that the above information is true and correct.**

5-8-2026
**Date**

[signature]
**Signature of Applicant**