**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JOSHUA WILLIAMS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:26-cv-141 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| KARL KEITH, *et al.*, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| Defendants. | : | |
| | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION
(DOC. NO. 2) AND DISMISSING PARTY**

---

The Court has reviewed the Report and Recommendation (Doc. No. 2) of United States Magistrate Judge Caroline H. Gentry, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Therein, Magistrate Judge Gentry observes that Plaintiff Joshua Williams has brought this case *pro se* on behalf of himself and Plaintiff Holy Nation Congregations of God, a corporate entity.  (Doc. No. 2 at PageID 58.)  Noting that such entities cannot represent themselves *pro se* or be represented by a non-attorney party, Magistrate Judge Gentry has ultimately recommended the dismissal of Holy Nation Congregations of God as a party to this action.  (*Id.* at PageID 58-59.)

Seeing that no objections have been filed regarding the Report and Recommendation, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Gentry's Report and Recommendation (Doc. No. 2), in full.  Accordingly, Holy Nation Congregations of God is hereby **DISMISSES** as a party here and the

1

2

Clerk is **DIRECTED** to terminate Holy Nation Congregations of God as a party on the Court's

docket.

      **DONE** and **ORDERED** in Dayton, Ohio, this Friday, July 10, 2026.

                                    s/Thomas M. Rose

                                    THOMAS M. ROSE
                          UNITED STATES DISTRICT JUDGE