**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| JOSHUA WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>KARL KEITH, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00141<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

## SECOND NOTICE OF DEFICIENT *IN FORMA PAUPERIS* APPLICATION

Plaintiff Joshua Williams seeks to proceed *in forma pauperis* and without paying the fees to file this case. (Doc. No. 1, 7.) The Court found his initial Application deficient and ordered him to file an amended application. (Doc. No. 2.) Plaintiff filed an Amended Application on July 23, 2026. (Doc. No. 7.)

The Amended Application is also incomplete and deficient. (Doc. No. 7.) As an initial matter, Plaintiff has completed only the first page of the "Short Form" application. (*Id*. at PageID 99.) He did not provide the second page, which would provide additional necessary information and require a signature made under penalty of perjury. For Plaintiff's reference, the appropriate application form is located on the Court's website.[1]

[1] Court forms are located here: https://www.ohsd.uscourts.gov/ohio-southern-district-forms. Plaintiff should select the "Application to proceed Without Prepayment of Fees and Affidavit." Questions about the appropriate form may be directed to the Clerk of Court.

Plaintiff, a *pro se* litigant, has called the Court to inquire about the status of his motions. Plaintiff is **ADVISED** that the proper way for a litigant to communicate with the Court is by written motion filed with the Clerk of Court. To avoid any attempted *ex parte* communications, Plaintiff is **ORDERED** to communicate with the Court solely by motion, not via telephone call or other informal methods of

Plaintiff attached an "Affidavit of Truth" and several exhibits[2] to his Amended Application. (*See* Doc. 7 at PageID 100-108.) The "Affidavit" is not notarized. The Court could liberally construe it to be an unsworn declaration, but Plaintiff did not sign it under penalty of perjury. The "Affidavit" also appears to be missing page 2. (*See* Doc. No. 7 at PageID 100-101.)

The Court will give Plaintiff a final opportunity to provide a complete, signed Application. He must file one complete Application form, titled "Second Amended Application" and signed under penalty of perjury, for the Court to consider. Plaintiff is **ORDERED** to do so, or to pay $405 to the Clerk of Court, by **August 20, 2026**.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

communication. Plaintiff may communicate with the Clerk of Court's office to determine if additional documents have been filed on the public docket for his case. He may also find and view the public case docket online by using the PACER Case Locator tool available at https://pcl.uscourts.gov/pcl/index.jsf.

[2] The "Affidavit" purports to attach letters from Plaintiff's two "employers" to substantiate his income. (Doc. No. 7 at PageID 102-103.) Both appear to bear Plaintiff's signature as the "Executive Director" of those entities. (*Id*.) The letters raise more questions than they answer.